**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-19-195 |
| | * | |
| KNOWLEDGE SHARPE | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending is Knowledge Sharpe's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF 45).  Sharpe argues he is eligible for compassionate release due to his underlying health conditions (chronic asthma with only one lung and a weak immune system), which he asserts place him at high risk of serious illness related to COVID-19. But Sharpe does not provide medical records or other documentation supporting his claim of underlying conditions, nor does he provide any evidence that he has presented his claim to the Bureau of Prisons as required for administrative exhaustion. The court is thus without sufficient evidence to consider Sharpe's motion.

Accordingly, Sharpe's request for early release pursuant to 18 U.S.C. § 3582(c)(1)(A), (ECF 45), is DENIED WITHOUT PREJUDICE.

So Ordered this   26th   day of August, 2020.


_____/S/_____
Catherine C. Blake
United States District Judge

1